Case Number 12-14-00139-CV

CAUSE NO. 13-3367-E

IN THE MATTER OF THE MARRIAGE OFJULIA ELAINE GARDNER AND JOHN KEVIN GARDNER

IN 12th COURT OF APPEALS FOR SMITH COUNTY, TEXAS

FILED IN COURT OF APPEALS
12th Court of Appeals District

AUG 2 0 2015

TYLER, TEXAS
CATHY S. LUSK, CLERK

MOTION FOR ENFORCEMENT OF TEMPORARY RESTRAINING ORDER AND ORDER TO APPEAR

TO THE HONORABLE JUDGE OF SAID COURT:

This motion for Enforcement of Temporary Restraining Order is brought by John Kevin Gardner, Petitioner.

1. Discovery in this case is intended to be conducted under level 2 of rule 190 of the Texas rules of civil procedure
   The parties entitled to notice are as follows:
   a. Respondent, Julia Elaine Gardner, who is the respondent, should be 10631 Bluebird Lane, Tyler Texas 75703 or 16489 Echo Glen, Tyler Texas 75703.
   On December 30, 2013 the county court at entered an order entitled Temporary Restraining Order and Order Setting Hearing for Temporary Orders. The order states in part as follows: It is therefore ordered that the clerk of this court issue a temporary restraining order restraining respondent, and respondent is immediately restrained from:

6. Destroying, removing, concealing, encumbering, transferring, or otherwise harming or reducing the value of the property of the parties.

8. Selling, transferring, assigning, mortgaging, encumbering, or in any other manner alienating any of the property of petitioner or respondent, whether personal or realty, and whether separate or community, except as specifically authorized by order of this court.

14. Opening or diverting mail addressed to petitioner.

Julia Elaine Gardner is the Petitioner in the prior proceedings.

Julia Elaine Gardner violated the order described as follows.

1. Julia Elaine Gardner violated the temporary restraining order by removing the 2006 Nissan Pathfinder from 10631 Bluebird Lane, Tyler Texas 75703 on December 31, 2013
2. Julia Elaine Gardner violated the temporary restraining order by removing a computer from 10631 Bluebird Lane, Tyler Texas 75703. On December 31, 2013
3. Julia Elaine Gardner violated the temporary restraining order by removing a windows phone 8X, and numerous other items from 10631 Bluebird Lane, Tyler Texas 75703. On December 31, 2013.
4. Julia Elaine Gardner violated the temporary restraining order by removing most all contents including but not limited to the indian artifacts that John Kevin Gardner inherited from his grandfather from 16489 Echo Glen on December 31,2013.

5. Julia Elaine Gardner violated the temporary restraining order by harming and reducing the value (destroying) of the indian artifacts that she removed from 16489 Echo Glen, Tyler Texas 75703.
6. Julia Elaine Gardner violated the temporary restraining order by diverting mail addressed to John Kevin Gardner.
7. Julia Elaine Gardner violated the order by refusing to return the personal property of John Kevin Gardner that includes Clothing, financial papers, tools, lawn mower, awards, and countless other belongings owned by John Kevin Gardner.
8. Julia Elaine Gardner also attempted to rob, and assaulted John Kevin Gardner in the office of this court.

Julia Elaine Gardner is in contempt of court for violating the temporary restraining order as set forth above.

Movant requests that for the violation alleged above, respondent be held in contempt, jailed for up to 180 days, and fined up to $500.

Movant requests that respondent be confined in the county jail until respondent complies with the order of the court.

Movant requests that respondent be placed on community supervision for ten years on release from jail or suspension of commitment.

Movant requests that, if the court finds that any part of the order sought to be enforced is not specific enough to be enforced by contempt, the court enter a clarifying order more clearly specifying the duties imposed on respondent and giving respondent a reasonable time within which to comply.

Movant prays that this court order Julia Elaine Gardner to return all personal property owned by John Kevin Gardner and order Julia Elaine Gardner to pay fair market value for all items that she took but can not produce

John Kevin Gardner

8-20-15

## Certificate of service

As required by Texas rule of appellate procedure 6.3 and 9.5 (b), (d), (e), I certify that I have served this document on all other parties which are listed below on 8-20-2015 as follows:

1 Joe Thigpen

Attorney at law

110 North College

Suite 1401

Tyler Texas 75702

903-595-0998

903-595-1299 (fax)

By

☐ Personal delivery

☐ Mail

☐ Commercial delivery service

☑ Fax

_John Kevin Gardner_

Signature

_8-20-15_

Date